■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WAYNE J. LEWIS, Appellant. [854 NYS2d 674]—Appeal by the defendant from a judgment of the County Court, Suffolk County (Hudson, J.), rendered January 26, 2007, convicting him of robbery in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see Anders v California, 386 US 738 [1967]; People v Paige, 54 AD2d 631 [1976]; cf. People v Gonzalez, 47 NY2d 606 [1979]). Fisher, J.P., Florio, Angiolillo, Dickerson and Belen, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT LOGGIA, Appellant. [854 NYS2d 673]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Lott, J.), rendered April 13, 2005, convicting him of attempted burglary in the second degree (two counts), grand larceny in the third degree, and criminal possession of stolen property in the fourth degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see Anders v California, 386 US 738 [1967]; People v Paige, 54 AD2d 631 [1976]; cf. People v Gonzalez, 47 NY2d 606 [1979]). Skelos, J.P., Santucci, Covello, McCarthy and Chambers, JJ., concur.